AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vance, Sarah S. | United States District Court | 7/6/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

500 Poydras Street
Room C-255
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | New Orleans Chapter Federal Bar Association |
| 2. | Board Member | Tulane Law Institute National Advisory Board |
| 3. | Board Member | Tulane Law School -- Dean's Advisory Board |
| 4. | Executor | Estate # 1 (closed July 14, 2015) |
| 5. | Council Member | American Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Jones Walker LLP - income from law practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | January 13-16, 2015 | Philadelphia, Pennsylvanie | Advisers and Council Meeting | Travel, lodging, meals |
| 2. | Duke School of Law | April 9-10, 2015 | Dallas, Texas | Multidistrict Litigation Institute | Travel, lodging, meals |
| 3. | Duke School of Law | October 7-8, 2015 | Durham, North Carolina | Mass Tort MDL Meeting | Travel, lodging, meals |
| 4. | American Law Institute | October 13-16, 2015 | New York, New York | Audit Committee and Council Meeting | Travel, lodging, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRRA #2, Rollover Merrill Lynch (H): | | | | | | | | | |
| 2. --Merrill Lynch USA Rasp / Cash | A | Dividend | K | T | | | | | |
| 3. --iShares MSCI EAFE Index (EFA) | C | Dividend | L | T | Buy (add'l) | 02/18/15 | J | | |
| 4. --iShares iBoxx $ Invt Grade Corp BD Fund (LQD) | A | Dividend | K | T | Buy (add'l) | 02/18/15 | J | | |
| 5. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 6. --iShares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | K | T | Buy (add'l) | 02/18/15 | J | | |
| 7. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 8. --iShares Barclays 3-7 YEAR TRSY BD FD (IEI) | A | Dividend | K | T | Buy (add'l) | 02/18/15 | J | | |
| 9. | | | | | Sold (part) | 10/15/15 | J | | |
| 10. --iShares Barclays MBS BON Fund (MBB) | A | Dividend | L | T | Buy (add'l) | 02/18/15 | J | | |
| 11. | | | | | Sold (part) | 10/15/15 | J | | |
| 12. --SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Buy (add'l) | 02/18/15 | J | | |
| 13. | | | | | Sold (part) | 10/15/15 | J | A | |
| 14. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | K | T | Buy (add'l) | 02/11/15 | J | | |
| 15. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 16. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 17. --Vanguard Small CAP Growth ETF (VBK) | A | Dividend | K | T | Buy (add'l) | 02/11/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 19. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 20. --Vanguard Value ETF (VTV) | D | Dividend | N | T | Buy (add'l) | 02/18/15 | K | | |
| 21. ----Vanguard Growth ETF (VUG) | C | Dividend | N | T | Buy (add'l) | 02/18/15 | J | | |
| 22. | | | | | Sold (part) | 03/17/15 | K | | |
| 23. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 24. --Vanguard Intermediate Term Bond ETF (BIV) | B | Dividend | L | T | Buy (add'l) | 02/18/15 | J | | |
| 25. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 26. --Vanguard Short Term Bond (BSV) | A | Dividend | K | T | Buy (add'l) | 02/18/15 | J | | |
| 27. --Market Vectors EMRG MKTS Local Currenty Debt ETF (EMLC) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 28. | | | | | Sold (part) | 10/15/15 | J | | |
| 29. --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | K | T | Buy (add'l) | 02/18/15 | J | | |
| 30. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy (add'l) | 02/18/15 | J | | |
| 31. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 32. --Emerging Global Shares (ECON) | A | Dividend | | | Buy (add'l) | 02/18/15 | J | | |
| 33. | | | | | Sold (part) | 08/25/15 | J | | |
| 34. | | | | | Sold | 10/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --iShares INC CORE MSCI (IEMG) | A | Dividend | J | T | Buy (add'l) | 02/18/15 | J | | |
| 36. | | | | | Sold (part) | 08/25/15 | J | | |
| 37. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 38. | | | | | | | | | |
| 39. IRA #3, Merrill Lynch New Orleans (H): | | | | | | | | | |
| 40. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 41. --ML Bank USA Rasp | A | Dividend | K | T | | | | | |
| 42. --iShares MSCI EAFE Index fund (EFA) | B | Dividend | K | T | Buy (add'l) | 02/19/15 | J | | |
| 43. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 44. | | | | | Sold (part) | 08/25/15 | J | | |
| 45. --iShares iBoxx $ INVT Grade Corp BD Fund (LQD) | A | Dividend | J | T | Buy (add'l) | 02/18/15 | J | | |
| 46. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 47. --ishares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 48. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 49. --iShares Barclays 3-7 YEA TRSY BD FD (IEI) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 50. | | | | | Sold (part) | 10/15/15 | J | | |
| 51. --iShares Barclays MBS BON Fund (MBB) | A | Dividend | K | T | Buy (add'l) | 02/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/15/15 | J | | |
| 53. --SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 54. | | | | | Sold (part) | 10/15/15 | J | | |
| 55. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 56. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 57. --Vanguard Small Cap Growth ETF (VBK) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 58. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 59. --Vanguard Value ETF (VTV) | C | Dividend | M | T | Buy (add'l) | 02/19/15 | J | | |
| 60. --Vanguard Growth ETF (VUG) | B | Dividend | M | T | Buy (add'l) | 02/19/15 | J | | |
| 61. | | | | | Sold (part) | 03/17/15 | J | A | |
| 62. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 63. --Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | K | T | Buy (add'l) | 02/19/15 | J | | |
| 64. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 65. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 66. --Vanguard Short Term Bond (BSV) | A | Dividend | K | T | Buy (add'l) | 02/19/15 | J | | |
| 67. --Market Vectors EMRG MKTS Local Currency DEBT ETF (EMLC) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 68. | | | | | Buy (add'l) | 06/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/15/15 | J | | |
| 70. --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 71. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 72. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy (add'l) | 10/15/15 | J | | |
| 73. --Emerging Global Shares (ECON) | A | Dividend | | | Buy (add'l) | 02/19/15 | J | | |
| 74. | | | | | Sold (part) | 08/25/15 | J | | |
| 75. | | | | | Sold | 10/15/15 | J | A | |
| 76. --iShares INC CORE MSCI (IEMG) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 77. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 78. | | | | | | | | | |
| 79. Profit Sharing Retirement Plan - Fidelity Invest. Account (H) | | | | | | | | | |
| 80. --Ret Gov't (Money Market Fund) | A | Dividend | J | T | Buy (add'l) | 02/03/15 | M | | |
| 81. | | | | | Sold (part) | 02/09/15 | M | A | |
| 82. | | | | | Buy (add'l) | 07/01/15 | K | | |
| 83. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 84. --Fidelity Growth Company K (FGCKX) | D | Dividend | N | T | Buy (add'l) | 12/31/15 | J | | |
| 85. --Harbor Intl Inst (HAINX) | D | Dividend | M | T | Sold (part) | 02/09/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Spartan US Bond Index Fund (FXSTX) | D | Dividend | N | T | Sold (part) | 02/09/15 | L | A | |
| 87. --Goldman Sachs Small Cap Value Class A (GSSMX) | A | Dividend | N | T | Sold (part) | 02/03/15 | K | A | |
| 88. --Lazard Emerging Mkts Institutional (LZEMX) | A | Dividend | L | T | Sold (part) | 02/06/15 | J | A | |
| 89. --Fidelity Cash Reserves (FDRXX) | A | Int./Div. | J | T | Sold (part) | 02/09/15 | J | A | |
| 90. --Vanguard INFL PROT SEC | C | Dividend | | | Sold | 02/14/13 | M | A | See Note in Section VIII. |
| 91. --Gabelli Equity Income CL A | E | Dividend | M | T | Sold (part) | 02/04/15 | K | D | |
| 92. --Pimco Income Fund CL DT | D | Dividend | N | T | Sold (part) | 02/04/15 | K | A | |
| 93. --Vanguard Inflation PROT ADM (VAIPX) | B | Dividend | M | T | Sold (part) | 02/09/15 | K | A | |
| 94. | | | | | | | | | |
| 95. Cash Management Account, Merrill Lynch (H): | | | | | | | | | |
| 96. --Cash / CMA Money Fund | A | Dividend | J | | | | | | |
| 97. --Blackrock Global Allocation FD INC C | A | Dividend | J | T | | | | | |
| 98. | | | | | | | | | |
| 99. Trust, Merrill Lynch (H): | | | | | | | | | |
| 100. --Cash / CMA Money Fund | A | Interest | J | T | | | | | |
| 101. --Columbia Large Cap Growth Fund III Class A (NFEAX); Name change | C | Dividend | J | T | | | | | See Note in Section VIII. |
| 102. --Lord Abbett Developing Growth Fund CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Putnam International Equity Fund CL A | A | Dividend | J | T | | | | | |
| 104. --Davis NY Venture FD A | C | Dividend | J | T | | | | | |
| 105. | | | | | | | | | |
| 106. Checking and Money Market Accounts, J.P. Morgan | B | Interest | K | T | | | | | |
| 107. | | | | | | | | | |
| 108. Judicial & Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 109. | | | | | | | | | |
| 110. Estate #1 | A | Int./Div. | | | Closed | 07/15/15 | J | | |
| 111. --Morgan Stanley Money Market Account | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. Morgan Stanley Bank, N.A. (H): | A | Interest | J | T | | | | | |
| 114. --Consulting Grp Core Fixed Inc (TIIUX) | A | Dividend | K | T | | | | | |
| 115. --Consulting Grp Emrg Mkt EQ INV (TEMUX) | A | Dividend | K | T | | | | | |
| 116. --Consulting Grp HI YLD Invstmnt (THYUX) | B | Dividend | L | T | | | | | |
| 117. --Consulting Grp Intl EQ Invest (TIEUX) | A | Dividend | K | T | | | | | |
| 118. --Consulting Grp Intl FX Inc Inv (TIFUX) | A | Dividend | K | T | | | | | |
| 119. --Consulting Grp LG Cap Val Eq (TLVUX) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Consulting Grp LG CP GW Invest (TLGUX) | A | Dividend | L | T | Sold (part) | 01/12/15 | J | A | |
| 121. | | | | | Sold (part) | 04/10/15 | J | A | |
| 122. | | | | | Sold (part) | 07/10/15 | J | A | |
| 123. | | | | | Sold (part) | 10/08/15 | J | A | |
| 124. --Consulting Grp SM CP GW Invest (TSGUX) | A | Dividend | K | T | | | | | |
| 125. --Consulting Grp SM GP VL EQ Inv (TSVUX) | A | Dividend | K | T | | | | | |
| 126. | | | | | | | | | |
| 127. Merrill Lynch: (H): | | | | | | | | | |
| 128. --iShares INC Core MSCI Emerging MKTS ETF (IEMG) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 129. | | | | | Sold (part) | 08/25/15 | J | A | |
| 130. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 131. --Vanguard Small Cap Growth ETF (VBK) | A | Dividend | J | T | | | | | |
| 132. --Vanguard Value ETF (VTV) | B | Dividend | L | T | Buy (add'l) | 02/19/15 | J | | |
| 133. --Vanguard Growth ETF (VUG) | A | Dividend | L | T | Buy (add'l) | 02/19/15 | J | | |
| 134. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 135. | | | | | Buy (add'l) | 08/10/15 | J | | |
| 136. --Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 138. --Market Vectors EMRG MKTS Local Currency Debt ETF (EMLC) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 139. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 140. | | | | | Sold (part) | 08/10/15 | J | A | |
| 141. --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 142. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 143. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 144. --SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 145. | | | | | Sold (part) | 10/15/15 | J | A | |
| 146. --Vanguard Small Cap value ETF (VBR) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 147. --Emerging Global Shares Dow Jones (ECON) | A | Dividend | | | Buy (add'l) | 02/19/15 | J | | |
| 148. | | | | | Sold (part) | 08/10/15 | J | A | |
| 149. | | | | | Sold | 10/15/15 | J | A | |
| 150. --iShares MSCI EAFE (EFA) | A | Dividend | K | T | Buy (add'l) | 02/19/15 | J | | |
| 151. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 152. --iShares iBoxx $ IVT Grade CORP BD (LQD) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 153. | | | | | Buy (add'l) | 10/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 155. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 156. --iShares 3-7 Year treasury Bond ETF (IEI | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 157. | | | | | Sold (part) | 10/15/15 | J | A | |
| 158. --iShares MBS ETF (MBB) | A | Dividend | K | T | Buy (add'l) | 02/19/15 | J | | |
| 159. | | | | | Sold (part) | 10/15/15 | J | A | |
| 160. --ML Bank Deposit Program | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.    Investments and Trusts.

Line 90 -- The asset was sold in its entirety on February 14, 2013.  The dividends reported for calendar year 2014 were reported in error as shown on line 94 of the 2015 report.  (Vanguard INFL PROT SEC)

Line 101 -- Columbia Marsico Focused Eq A (NFEAX) changed name to Large Cap Growth Fund III Class A (NFEAX).  There were no transactions during this reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/6/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah S. Vance**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544